RECEIVED

MAR - 9 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA BARKSDALE, ET AL. | MISC. CASE NO. 17-mc-22 |
| | RELATED CASE NO. 14-3172 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Patricia Barksdale, as Administrator and Derivative Claimant, and Sonya Barksdale as Derivative Claimant, of the Estate of Willie E. Barksdale, Jr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 9th day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE